# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, A.Y. MARKS, M.M. PETTIT**
Appellate Military Judges

**UNITED STATES OF AMERICA**

**v.**

**CODY M. SCHISNEWSKI**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201500353**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 30 July 2015.
**Military Judge**: CAPT M. Doran, JAGC, USN.
**Convening Authority**: Commanding Officer, Headquarters and Support Battalion, Marine Corps Installations West, MCB, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol P.D. Sanchez, USMC.
**For Appellant**: LCDR Ryan C. Mattina, JAGC, USN.
**For Appellee**: LCDR Jeremy R. Brooks, JAGC, USN.

**11 February 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court